Joseph ZIADEH, Plaintiff–Appellant,

v.

**GREGORY POOLE EQUIPMENT COMPANY, Defendant–Appellee.**

No. 06–6398.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2006.

Decided: Oct. 27, 2006.

Joseph Ziadeh, Appellant Pro Se.

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Ziadeh appeals the district court's order denying his Fed.R.Civ.P.

---

59(e) motion to alter or amend the district court's previous order dismissing his civil complaint as malicious under 28 U.S.C. § 1915(e)(2) (2000) and 28 U.S.C. § 1915A (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ziadeh v. Gregory Poole Equip. Co.*, No. 3:05–cv–00777–RLW (E.D.Va. Feb. 13, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*